UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

Benjamin Shirk,

    Plaintiff,

v.

Fifth Third Bancorp, et al.,

    Defendants.

Case No. 1:05cv049

Judge Michael H. Watson

---

### ORDER GRANTING APPLICATION FOR ADMISSION *PRO HAC VICE* OF DAVID R. SCOTT

Before the Court is the April 12, 2005, Application for Admission *Pro Hac Vice* of David R. Scott. (Doc. 20)

David R. Scott is an attorney in good standing admitted in the Supreme Court of Connecticut and consents to be subject to the jurisdiction and rules of this District governing professional conduct. Having satisfied the requirements of S.D. Ohio L.R. 83 for admission *Pro Hac Vice*, the April 12, 2005, Application for Admission of David R. Scott (Doc. 20), for representation of Plaintiff in this matter, is hereby **GRANTED**.

*Pro Hac Vice* counsel shall promptly comply with the Court's "Electronic Filing Policies and Procedures Manual" for civil cases, which can be found at the Court's website, www.ohsd.uscourts.gov. Specifically, all counsel should, if able, register for electronic filing, which also enables counsel to receive electronic notice of case events. The Court may elect to send notices only to local counsel if local counsel, but not *Pro Hac Vice* counsel, is authorized to receive electronic notices.

The Clerk of Courts is hereby DIRECTED to serve Attorneys Pernicone, Case and Edwards with all future pleadings, documents, orders, and other materials in this matter.

**IT IS SO ORDERED.**

                                                */s/ Michael H. Watson*
                                                MICHAEL H. WATSON, JUDGE
                                                UNITED STATES DISTRICT COURT